UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDY RUSSO, individual, ) | 2:11-CV-00284-PMP-GWF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| JOSEPH LOPEZ, an individual, ) | |
| Defendant. ) | |

The Court having read and considered Defendant Joseph Lopez's Motion to Join Sierra Metals Southwest, LLC as a Required Party Under Rule 19 (Doc. #28), Plaintiff Russo's Response in Opposition thereto (Doc. #30) and Defendant's Reply (Doc. #34), and good cause appearing,

**IT IS ORDERED that** Defendant Joseph Lopez's Motion to Join Sierra Metals Southwest, LLC as a Required Party Under Rule 19 (Doc. #28) is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff Russo's Countermotion to Join Aster Elements, LLC as a Required Party Under Rule 19 (Doc. #30) is **GRANTED**.

DATED: August 31, 2011.

*Philip M. Pro*
_____
PHILIP M. PRO
United States District Judge