# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDY RUSSO,

        Plaintiff,

vs.

JOSEPH LOPEZ,

        Defendant.

Case No. 2:11-cv-00284-PMP-GWF

**ORDER**

Agreed Motion for Extension of Time (#87)

      This matter comes before the Court on Defendant's Agreed Motion for an Extension of Time for Lopez to Respond to Russo's Second Motion to Compel (#87), filed on December 12, 2011. Defendant requests an extension of time until December 19, 2011, to respond to Plaintiff's Second Motion to Compel (#69). Defendant represents to the Court that Plaintiff agrees to this extension of time. When both parties agree to a specific request, the document should be brought as a stipulation, signed by both parties with an attached order for the Court to review, not a motion. Nevertheless, the Court will grant Defendant's request. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Agreed Motion for an Extension of Time for Lopez to Respond to Russo's Second Motion to Compel (#87) is **granted**. Defendant shall have until **December 19, 2011** to respond to Plaintiff's Second Motion to Compel (#69).

      DATED this 13th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge