# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDY RUSSO,

        Plaintiff,

vs.

JOSEPH LOPEZ,

        Defendant.

Case No. 2:11-cv-00284-PMP-GWF

**ORDER**

This matter comes before the Court on Motion of Joseph Lopez and Aster Elements for an Extension of Time to Respond to Russo's Second Amended Complaint (#115), filed on April 30, 2012 and Motion of Joseph Lopez for a 4-Day Extension of Time to Respond to Russo's Fourth Motion to Compel Discovery (#116), filed on April 30, 2012.

**I.     Motion for Extension of Time to Respond to Second Amended Complaint (#115).**

On April 13, 2012, Russo filed a Second Amended Complaint (#106). Shortly thereafter, Defendants Lopez and Aster Elements filed a Motion to Strike the Second Amended Complaint (#111), arguing that the requested amendment is untimely. Out of an abundance of caution, Defendants Lopez and Aster Elements request the Court extend the time for answering the Second Amended Complaint until 14 days after decision on the Motion to Strike in accordance with Rule 12(a)(4)(A). The Court will grant such request.

**II.    Motion for Extension of Time to Respond to Fourth Motion to Compel (#116)**

Lopez also requests a 4 day extension of time to respond to Russo's Fourth Motion to Compel (#101). Lopez claims that the extension of time will allow him an opportunity to more fully discuss the issues with Russo in an attempt to resolve the outstanding discovery issues.

1  Lopez has shown good cause for the requested extension.  The Court will therefore grant Lopez's
2  request and extend the time for responding to Russo's Fourth Motion to Compel Discovery until
3  Friday, May 4, 2012.  Accordingly,

4      **IT IS HEREBY ORDERED** that Motion of Joseph Lopez and Aster Elements for an
5  Extension of Time to Respond to Russo's Second Amended Complaint (#115) is **granted**.
6  Defendants Lopez and Aster Elements shall have **14 days** after the decision on the Motion to Strike
7  (#111) to respond to Russo's Second Amended Complaint.

8      **IT IS FURTHER ORDERED** that Motion of Joseph Lopez for a 4-Day Extension of Time
9  to Respond to Russo's Fourth Motion to Compel Discovery (#116) is **granted**.  Defendant Lopez
10 shall have until **Friday, May 4, 2012** to respond to Russo's Fourth Motion to Compel Discovery
11 (#101).

12     DATED this 1st day of May, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge