UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDY RUSSO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH LOPEZ and ASTER ELEMENTS, INC.,<br><br>    Defendants.<br><br>AND RELATED CLAIMS. | 2:11-CV-00284-PMP-GWF<br><br>**<u>ORDER</u>** |

Having read and considered Defendants' fully briefed Motion to Strike the Second Amended Complaint as Untimely, Contrary to this Court's Order of March 12, 2012, and in Violation of Civil Rule 15 (Doc. 111), and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Strike the Second Amended Complaint as Untimely, Contrary to this Court's Order of March 12, 2012, and in Violation of Civil Rule 15 (Doc. #111) is **DENIED**.

Dated: May 29, 2012.

_____
PHILIP M. PRO
United States District Judge