UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANDY RUSSO,

        Plaintiff,

vs.

JOSEPH LOPEZ,

        Defendant.

Case No. 2:11-cv-00284-PMP-GWF

**ORDER**

On August 27, 2012, the Court heard arguments on Plaintiff's Motion for Protective Order (#150), Defendant's Motion to Compel (#152), and Defendant's Motion to Strike Plaintiff's Motion for Protective Order (#157). The Court denied Defendant's Motion to Strike and found Plaintiff's Motion for Protective Order properly before the Court. The Court finds records and documents responsive to Defendants' subpoena relating to Sierra Metals, Inc., Sierra Construction Services and Sierra Metals Southwest, LLC shall be produced within 20 days from the date of this order. The Court will hold in abeyance decision on requiring the production of records and documents relating to Andy Russo Jr. Inc. ("A.R.J.") until the Court has more time to consider this matter. A further written order will follow.

**IT IS SO ORDERED.**

DATED this 27th day of August, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge